JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGHIEM NGUYEN,<br><br>            Plaintiffs,<br><br>     vs.<br><br>HENRY HUYNH, individually and aka HONG THIEN HUYNH;  H & N MANAGEMENT GROUP, CO., and HAPPY NAILS FRANCHISE, INC, a California corporation; and DOES 1 through 25, Inclusive,<br><br>            Defendants. | Case No.: 2:08-cv-07713-R-RZx<br>Judge:     Hon. Manuel L. Real<br><br><br>**JUDGMENT ON COMPLAINT AND COUNT ONE OF COUNTER CLAIMANTS' COUNTER CLAIMS**<br><br>JS-6 |

- 1 -

**JUDGMENT**

HENRY HUYNH, an individual; H&N GROUP MANAGEMENT CO., a California Corporation; and HN FRANCHISE, INC., a California Corporation,

    Counterclaimants,

 vs.

NGHIEM NGUYEN, an individual,

    Counterdefendant.

The Court, having heard oral argument, having received evidence from Defendants, having reviewed Defendants' moving papers, and having not received any timely opposition from Plaintiff Nghiem Nguyen, enters Judgment as follows:

  1. Judgment on Plaintiff/Counterdefendant Nghiem Nguyen's ("Nghiem Nguyen") complaint against Defendants/Counterclaimants Henry Huynh, individually and aka Hong Thien Huynh, H&N Group Management Co. (wrongly sued as "H & N Management Group, Co."), and HN Franchise, Inc. (wrongly sued as "Happy Nails Franchise, Inc.") (collectively "Defendants" or "Counterclaimants) in the above-captioned lawsuit is hereby entered in favor of Defendants and against Nghiem Nguyen; and

  2. Judgment on Counterclaimants' counterclaim, for cancellation of Nghiem Nguyen's Trademark Registration No. 3,386,233, is hereby entered in favor of Counterclaimants and against Nghiem Nguyen and the Director of the United States

- 2 -

**JUDGMENT**

Patent and Trademark Office ("USPTO") is ordered to cancel Nghiem Nguyen's Trademark Registration No. 3,386,233.

      THEREFORE, IT IS ORDERED that the Court's Judgment is filed and entered.

Dated: June 18, 2009

By: _____

Hon. Manuel L. Real

**JUDGMENT**